IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENNETH BROOKS, #52597-019,              )
                                         )
                    Petitioner,          )
                                         )
vs.                                      )       CIVIL ACTION NO. 2:08cv625-WHA
                                         )
JEFFERY KELLER, Warden,                  )                    (WO)
                                         )
                    Respondent.          )

## ORDER

No timely objection having been filed to the Recommendation of the Magistrate Judge

(Doc. #14), the Recommendation is adopted, and it is hereby

ORDERED that this petition for § 2241 habeas corpus relief is DENIED.

DONE this 13th day September, 2010.


                              /s/ W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE